# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESHAWN DRUMGO, SR., | No. 3:20-CV-01829 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Mehalchick) |
| SERGEANT FUNK, *et al.*, | |
| Defendants. | |

## ORDER

### FEBRUARY 27, 2023

Deshawn Drumgo, Sr. filed this civil rights complaint alleging that his rights have been violated by numerous defendants.[1] Drumgo has filed a motion for a temporary restraining order, along with a motion to appoint counsel.[2] On January 26, 2023, Chief Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court deny Drumgo's motions.[3] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[4] Regardless of whether objections are made, district courts may accept, reject, or modify—in whole or in part—the

---

[1] Doc. 1.
[2] Docs. 47, 65.
[3] Doc. 68.
[4] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

findings or recommendations made by the magistrate judge.[5] Upon review of the record, the Court finds no error in Chief Magistrate Judge Mehalchick's conclusion that Drumgo's motions should be denied. Consequently, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 68) is **ADOPTED**;

2. Drumgo's motion for a TRO (Doc. 47) and motion to appoint counsel (Doc. 65) are **DENIED**; and

3. This matter is **REMANDED** to Chief Magistrate Judge Mehalchick for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[5] 28 U.S.C. § 636(b)(1); Local Rule 72.31.